Terry J. MacDonald, Esq.
Saidee M. Johnston, Esq.
Joyce & MacDonald, PLLP
100 E. Broadway Street, First Floor
Butte, Montana 59701
Telephone: (406) 723-8700
Facsimile: (406) 723-8788
Email: terry@joyce-macdonald.com
　　　　saidee@joyce-macdonald.com

Attorneys for Plaintiff Anthony Correa

# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## MISSOULA DIVISION

___

| | |
|---|---|
| ANTHONY CORREA | ) |
| | ) |
| 　　Plaintiff, | ) |
| | ) |
| 　vs. | ) **COMPLAINT** |
| | ) |
| | ) |
| SAFECO INSURANCE COMPANY | ) |
| OF ILLINOIS | ) |
| | ) |
| 　　Defendant. | ) |

___

COMES NOW, Plaintiff, Anthony Correa, by and through his counsel of record, Joyce & MacDonald, PLLP, and for his Complaint against Defendant, Safeco Insurance Company of Illinois, alleges as follows:

**I.**

Plaintiff, Anthony Correa (hereafter "Correa"), is a resident of Flathead County, Montana.

**II.**

Defendant, Safeco Insurance Company of Illinois (hereafter "Safeco"), is an out-of-state corporation that sells insurance in Montana.

**III.**

There is complete diversity and the amount in controversy exceeds $75,000.00. Therefore, the Court has jurisdiction over the parties and Correa's claims.

**IV.**

Venue is proper in the District of Montana, Missoula Division because Correa is a resident of Flathead County. Mont. Code Ann. § 25-2-122(2)(c)

**V.**

Safeco issued a policy of insurance to Correa. As part of its policy of insurance, Safeco agreed to pay Correa the difference between his damages and the liability insurance available to an underinsured driver, up to the limits of the underinsured motorist coverage of $50,000.00 it sold to Correa.

## VI.

On November 12, 2019, Correa was traveling north on Highway 35 in Flathead County, Montana. Katie Furlong ("Furlong"), was also northbound, following behind Correa. Correa slowed to make a left turn into a private access. Furlong negligently failed to notice Correa's slowing vehicle and collided with the rear end of Correa's vehicle. Correa suffered personal injuries, lost wages, and pain and suffering as a result of Furlong's negligence.

## VII.

At the time of the November 12, 2019, collision, Furlong had only $50,000.00 in liability insurance coverage, which is insufficient to compensate Correa for his damages caused by Furlong's negligence. As a result, Furlong is an underinsured driver as defined in Safeco's policy.

## VIII.

Correa's damages exceed the combined limits of both Furlong's liability insurance coverage and Correa's underinsured motorist coverage.

## IX.

Pursuant to the terms of the policy, Correa submitted a claim to Safeco for the limits of his underinsured motorist coverage seeking compensation for the injuries he suffered in the November 12, 2019, collision.

### X.

Safeco refused to pay Correa the limits of the underinsured motorist coverage available under the policy Safeco sold Correa.

### XI.

As a result of Safeco's refusal to pay to Correa the full amount of the underinsured motorist coverage available under his insurance policy, Correa was forced to assume the burden of legal action to obtain the full benefit of his insurance contract with Safeco and was compelled to institute litigation to recover these amounts due.

### XII.

In addition to Safeco's wrongful refusal to pay Correa the full amount of underinsured motorist coverage available, Safeco failed to conduct a reasonable investigation and failed to attempt in good faith to effectuate a prompt, fair, and equitable settlement of Correa's claim. Safeco's conduct and its handling of Correa's claim violated subsections (4), (6), and (7) of Montana Code Annotated § 33-18-201 and Defendant has committed bad faith under Montana common law.

### XIII.

Safeco, in its handling of Correa's claim, intentionally disregarded facts which it knew could cause injury to Correa and it deliberately acted in conscious or intentional disregard of, or with indifference to, the fact that its conduct was

causing injury to Correa. Therefore, Correa is entitled to punitive damages pursuant to Montana Code Annotated § 27-1-220.

## XIV.

Correa is legally entitled to recover damages for all detriment caused by Furlong's negligence, as well as compensatory damages, punitive damages, attorney fees, and costs resulting from and due to Safeco's breach of contract, breach of Montana's Covenant of Good Faith and Fair Dealing, violation of Montana's Unfair Trade Practices Act, and commission of bad faith as found in Montana common law.

WHEREFORE, Plaintiff, Anthony Correa, prays for relief as follows:

1. For those compensatory damages to be proven at trial;

2. For those punitive damages to be proven at trial;

3. For reasonable attorney fees;

4. For the costs of suits;

5. For whatever and other further relief as the court may deem just and proper.

DATED this 2nd day of May 2022.

Joyce & MacDonald, PLLP

/s/ Saidee M. Johnston
SAIDEE M. JOHNSTON
Attorney for Plaintiff

**COMPLAINT**                                                                   5